# EXHIBIT 1

Prediction Markets

# Kalshi promo code ALCOM: Why Kalshi is legit and how to sign up for the Super Bowl (2026)

Updated: Jan. 26, 2026, 8:56 a.m.



Kalshi is a federally regulated financial prediction trading market. Kalshi

By Corey Roepken | Advance Local

Kalshi has become mainstream among prediction market platforms, and it is hitting its stride as we reach the NFL Playoffs. New users can get in on the fun with a $10 welcome bonus when registering with today's **Kalshi promo code ALCOM**.



If you're in a state where online sports betting is not legal, you might be able to put down some money on the Super Bowl via Kalshi.

Kalshi offers "Yes" and "No" event contracts for current events, politics, weather, sports and more. Users trade event "contracts" similarly to how they trade stocks and get paid if they correctly predict "Yes" or "No" for an event.

Kalshi has NFL and college football games among its trading options. If your favorite college team doesn't have a coach, there is a strong chance you can find a market for that, too.

Kalshi trading differs from wagering with **online U.S. sportsbooks**. Unlike state-regulated sportsbooks, Kalshi isn't profiting off of lost wagers — it's not the "house" in that respect. Kalshi, which is regulated by the federal government's Commodity Futures Trading Commission, receives a 2% commission on peer-to-peer trading.

In this article, I will discuss the best Kalshi sign-up bonus, Kalshi's status as a federally regulated trading platform, the markets Kalshi offers and Kalshi payout methods. Users should gain a firm grasp of the **Kalshi promo code ALCOM** and how to claim the offer.

## Best Kalshi promo code ALCOM: How to claim your $10 welcome offer

New users receive a nice bump in their trading. Register a new account and make $10 in trades. Then, Kalshi will send you a $10 bonus to use on any market.

### Instructions for claiming the Kalshi promo code ALCOM

1. Click one of the **Kalshi promo code** links or banners on this page.
2. On the registration page, click the green button that reads "Claim your $10 bonus now."
3. Enter your email address and then create a password.
4. Enter the verification code that is emailed to you.
5. Fill in your birthday and phone number, then verify your phone number.
6. Select a deposit method and add money to your new account.

### Is Kalshi safe, legal and trustworthy?

Yes, Kalshi is all of the above.

Kalshi was founded in 2018 and achieved regulatory approval in 2020. It became the first fully regulated financial exchange in the U.S. for event contracts — officially listed as a Designated Contract Market by the Commodity Futures Trading Commission.

It's important to note that Kalshi is not sports betting. It is a trading and prediction market. It is available in all 50 states and Washington, D.C.



### How Kalshi markets work

As a prediction market, Kalshi is similar to trading stocks. The difference is that Kalshi specializes in trading shares of event outcomes rather than shares of companies.

Kalshi users trade contracts based on when or if specific events will happen, such as "What will gas prices be in the US this month," or "What will be the top USA song on Spotify today."

In that sense, Kalshi users try to predict the future with contract prices

reflecting the collective prediction of market participants.

**Available markets on Kalshi**

| Sports | Non-sports |
| --- | --- |
| Pro Football champion | Next US Presidential election winner |
| NFL games | Highest temperature in New York City today |
| College football games | Republican nominee for President in 2028 |
| Who will be the next permanent head coach of the New York Giants? | Will Trump buy at least part of Greenland? |
| Who will win a PGA Tour major next season? | Will Bitcoin cross $100K again this year? |

**Kalshi sports markets vs. sportsbook apps**


Kalshi is a predictions and trading market that offers NFL and college football games. Kalshi

Online sports betting is not available in as many states as Kalshi. Therefore, sports fans in states that do not allow sports betting can legally use Kalshi.

Kalshi sports markets differ from sportsbook apps. When you place a sports wager, you compete against the sportsbook (FanDuel, BetMGM, DraftKings, etc.). When you trade on Kalshi, you trade on the platform — not against Kalshi. The trades are against other users.

Similarly to how stock prices move, supply and demand move the prices of Kalshi's "Yes" and "No" event contracts. Kalshi lists percentages and prices in cents next to markets. To determine how much you can win in that market, click on your selection and input the amount you want to buy. Your payout will follow.

**Weather market details**

If you want to try your skills as a weatherman, you can dabble in trading weather markets. Weather markets include the highest temperatures and rainfall in given cities, the number of tornadoes and whether 2025 will be the hottest year ever. Official data from the National Weather Service determines the outcomes of most Kalshi weather markets.

**Popular Kalshi markets and how Kalshi prediction markets are settled**

Three popular Kalshi markets are Spotify, Netflix and Cryptocurrency prices. Kalshi uses official sources to determine event outcomes.

For instance, Kalshi settles Spotify markets with official Spotify data and settles Netflix markets with official Netflix data. Kalshi uses CF Benchmarks to determine the outcomes of Crypto markets. Most markets pay out two hours after the outcome is determined.

**Suggesting new markets**

Kalshi allows users to suggest new markets through the Kalshi Ideas message board. Kalshi monitors the message board and determines whether it will list suggested markets. If Kalshi goes through with a market, it will list that market within the message board post.

**Kalshi banking methods**

Kalshi offers various banking methods for depositing and withdrawing. All are safe and secure if used responsibly.

**Kalshi deposit methods**

1. Debit card
2. Bank
3. Crypto
4. Wire

**Kalshi withdrawal methods**

1. Debit card
2. Bank
3. Crypto

**Earning interest in Kalshi**

Kalshi users with at least $250 in their accounts will earn 3.75% APY. This includes money invested in all markets. Interest is typically paid during the first week of the month, but it could take up to 10 business days. Kalshi pays out the interest it receives from the FDIC-insured account where user funds are stored and waits for the bank payments to pay interest to Kalshi users.



**Kalshi app review: User experience**

The Kalshi app is solid quality and delivers a positive user experience once the user becomes familiar with it. Here is a breakdown of the app's features.

**User interface**

The interface is user-friendly. When the app opens on the Explore page, it displays trending markets at the top, and the user can scroll across to various categories.

**Home screen layout/finding markets**

When scrolling categories, you can tap that category to display available markets. Once you're in a category, scroll down to see what you can purchase. Most markets display only two options. You can see all options for each market by clicking the market name.

**App design, speed, functionality**

The app design is decent, and the speed and functionality are good. The design has market categories in light gray lettering, which can be hard to see. When you click a market to see the options, you must click another spot to see all the markets. That is not ideal.

One positive in the app is the ability to set American odds on sports markets. When you click on the percentage listed next to a market, it will show the traditional American sports betting odds. This is great for users who are unfamiliar with converting percentages to odds and payouts.

**How to track your positions in "Your Portfolio"**

Your portfolio lists all your markets and positions and tells you the current value of those positions.

### Customer support methods

Email is Kalshi's only customer support method. The email address is **support@kalshi.com**. To resolve issues more quickly, Kalshi suggests sending a detailed description, your account email, full name and a screenshot or screen recording of the issue.

### Two ways to improve the Kalshi app

The first thing I noticed about the app is that it constantly cycles through recently placed trades. These are displayed via a drop-down line at the top of the screen, which can distract from what you're viewing.

And why not list all market options when you click a market to see percentages and prices? The more I have to click, the less I want to dive deeper into the market.



### Final take on the Kalshi promo code ALCOM

Kalshi is a great product for people who like to profit from predictions. Because it is not limited to sports markets, the **Kalshi promo code** offer has something for everyone. If you're tired of tracking company performances and putting money in the stock market, you can use Kalshi to trade markets on event outcomes you're interested in.

### Kalshi FAQ

#### Is Kalshi legit?

Yes, Kalshi is legit. It is fully regulated by the US government's Commodity Futures Trading Commission.

#### What is Kalshi?

Kalshi is a regulated financial exchange that offers markets for event outcomes in various categories, such as sports, weather, pop culture and politics.

#### Is Kalshi betting a sportsbook?

No, Kalshi betting is not a sportsbook. Kalshi offers trading of "Yes" or "No" event contracts in a user-versus-user format. This is different than placing a wager against a sportsbook. Kalshi does not profit from lost wagers as a sportsbook does. Kalshi profits from the 2% commission it collects on each i.

#### How does Kalshi work?

Users purchase event contracts based on "Yes" or "No" outcomes. For instance, a user purchases a "Yes" contract for the highest temperature in a given city or the most downloaded song on Spotify. If the user is correct, they will be paid based on the price at the time of purchase.

#### Does Kalshi have election markets?

Yes, Kalshi has election odds on various races, such as U.S. president, U.S. Senate, mayor of a U.S. city and the winning party of Canadian elections.

*Learn more about our gaming editorial staff.*

*If you or a loved one has questions or needs to talk to a professional about gambling, call 1-800-GAMBLER or visit 1800gambler.net for more information.*



**LEARN MORE**

## About the Authors



**Corey Roepken**

Corey Roepken has worked as a sports journalist for 20 years and covered almost every sport offered in the United States, including professional soccer for the Houston Chronicle. He left newspapers behind in 2020 and began writing about the gaming industry. He is currently a Content Supervisor for Advance Local.

 

**Sports betting in Alabama newsletter**

Everything you need to know about sports betting, including sportsbook promotions and offers.

Sign Up

**RELATED ARTICLES**



**2026-27 CFP national championship odds: Ohio State and Notre Dame headline as early co-favorites**



**Fantasy football strategy: Expert help on how to play, draft and win**

If you purchase a product or register for an account through a link on our site, we may receive compensation. By using this site, you consent to our User Agreement and agree that your clicks, interactions, and personal information may be collected, recorded, and/or stored by us and social media and other third-party partners in accordance with our Privacy Policy.



| About Us | Already a Subscriber | Your Regional News Pages | Follow Us | More on AL.com |
|---|---|---|---|---|
| About Alabama Media Group | Manage your Subscription | Anniston/Gadsden | Pinterest | Videos |
| Jobs at Alabama Media Group | Place a Vacation Hold | Birmingham | Twitter | Weather News |
| Advertise with us | Make a Payment | Huntsville | Facebook | Site Map & search |
| About AL.com | Delivery Feedback | Mobile | Instagram | Sponsor Content |
| Frequently Asked Questions | | Montgomery | RSS | Post a job |
| Accessibility Statement | **AL.com Sections** | Tuscaloosa | | Newspapers.com Archive |
| Contact Us | News | Gulf Coast Beaches | | |
| Online Store | Business | | **Customer Service** | |
| | Sports | **On the Go** | Send us an email | |
| **Subscriptions** | High School Sports | Mobile Apps | Submit a news tip | |
| AL.com | Alabama Life & Culture | Tablet Apps | Buy newspaper front pages, posters and more | |
| The Birmingham News | Opinion | | | |
| The Huntsville Times | Obituaries | | | |
| Press-Register | Jobs | | | |
| Newsletter | Autos | | | |



 

Your Privacy Choices     |     Privacy Policy     |     User Agreement     |     Ad Choices

Your Privacy Choices    |   Privacy Policy   |   User Agreement   |   Ad Choices

ADVANCE LOCAL

Use of and/or registration on any portion of this site constitutes acceptance of our User Agreement, (updated 8/1/2024) and acknowledgement of our Privacy Policy, and Your Privacy Choices and Rights (updated 1/1/2026).

© 2026 Advance Local Media LLC. All rights reserved (About Us).
The material on this site may not be reproduced, distributed, cached or otherwise used, except with the prior written permission of Advance Local.

Community Rules apply to all content you upload or otherwise submit to this site.

**YouTube's privacy policy** is available here and **YouTube's terms of service** is available here.