# EXHIBIT 4

# Signing Up as an Individual

In order to be eligible to open an account on Kalshi, you must:

- Be 18 years or older
- Pass a document verification if requested

To open an account on Kalshi, click here ↗. You will need to provide basic personal information, and you may be asked for further verification using an identification document as well. If your application is approved, you are all set: you can log in and start trading. In the event that we need more information, the email you receive will outline the next steps.

Kalshi is now accessible internationally. Some international jurisdictions remain restricted, which are outlined in "Section VI. Representations and Warranties" of the Kalshi Member Agreement ↗.

**It is your individual responsibility to ensure that your access and use on the Kalshi Exchange is permissible and lawful for you.** Kalshi contracts trade as financial derivatives based on events. Regulations vary widely by international jurisdictions. Kalshi does not provide individual legal or eligibility advice.

Kalshi is required to collect the information it does at sign-up in order to comply with applicable U.S. laws and CFTC rules and regulations. These regulations require Kalshi to be able to verify the identity of any person(s) opening an account and to maintain records of their information. We will request personal information from both new and existing customers as required by these regulations. We take the security of personal information and all data maintained seriously, and use it only for regulatory compliance. To avoid delays in the onboarding process, please ensure all information is accurate and current.

🔍 Sign-up Under Review  >

✉️ Email and Phone Verification  >

1

- Duplicate Accounts >
- Information Needed >
- Referral FAQs >

# Sign-up Under Review

If your signup is under review, our team is working to review your account quickly. We understand the importance of timely access and aim to process it efficiently, typically within 48 hours. This allows us to verify your information and ensure accuracy and compliance.

A review may be needed due to discrepancies in your submitted information or similarities with an existing account, which we must resolve to prevent duplicates.

We know waiting can be inconvenient, but these steps ensure our platform's security and integrity.

? Referral FAQs  >

# Email and Phone Verification

**Email Verification**

All users who do not sign up with Apple ID or Google Sign-in must use their own email address. Emails can be verified with a six-digit code sent to their email. If you do not see a code please check your spam folder and wait up to 20 minutes. This email will also be used for multi-factor authentication so make sure you have access to it!

**Phone Verification**

All users who do not sign up with Apple ID or Google Sign-in must use their own phone number. Phone numbers can be verified with a six-digit code sent to their number. If you do not see a code please wait up to 5 minutes. This phone number will also be used for multi-factor authentication so make sure you have access to it!



? Referral FAQs  >

# Duplicate Accounts

On Kalshi, users are restricted to trading with only a single account to ensure the integrity and security of the trading environment. If an individual attempts to register multiple accounts, the system is designed to automatically deny any such applications beyond the first account. This policy is in place to prevent any potential misuse or manipulation of the platform through the use of multiple accounts, ensuring a fair and transparent trading experience for all participants. Adhering to this rule is essential for maintaining the trust of all users and upholding Kalshi's commitment to a safe, regulated marketplace. If you need help accessing your old Kalshi account we suggest you reset your password here ↗!

? Referral FAQs                                                                                        >

# Information Needed

**Why do you need my Address?**

To ensure adherence to the requirements set forth by our US based regulators and oversight, it is required for us to obtain certain details from all users of the Kalshi platform. It is important to recognize that we are unable to accept any addresses that are commercial in nature or that are associated with PO boxes.

**Why do you need my ID?**

We are mandated to gather this specific information from all Kalshi users due to our regulatory obligations under US law. As part of this process, users must provide valid identification, which can include either a driver's license or a passport. It is imperative that the information displayed on your chosen form of photo identification corresponds exactly with the details provided in your Kalshi profile. Additionally, please ensure that your ID is not represented through a picture or image taken from a screen, as we require clear, original copies to complete verification.

 Referral FAQs

6

# Referral FAQs

### How do I refer a friend?

Kalshi's referral program gives you $25 when you refer a friend, and your friend gets $25 too. Just grab your unique referral link from your account settings and share it. Once your friend signs up using your link and completes the trading requirements, you'll both receive $25.

### How do I enter a referral code during sign-up?

When creating your account, look for the code field on the "Enter your birthday" screen. You may see a button "Enter referral code." Tap it and paste the code exactly as provided. If you used a friend's invite link, the code may auto-fill when you complete sign-up.

### Can I add a referral code after signing up?

Yes, but only for a limited time. You typically have up to 72 hours after creating your account to add a code, and only before your first deposit. The option can be accessed by clicking the waffle icon in the top left on mobile and then clicking "add referral code" below the leaderboard icon. On web, the waffle menu is in the top right.

If you don't see it, you may have already deposited, applied a code, or your window has passed. After 72 hours, we're generally unable to add codes manually.

## How do I claim my referral credit?

After meeting the requirements (usually trading a certain amount), the credit will be auto-applied to your account. You can go to your Account Activity to view incentives and other credits.

## What are the basic requirements to get a referral credit?

You must sign up through a referral link or enter a valid code during sign-up (or within 72 hours and before your first deposit). Your account must be fully verified through KYC.

## Is there a limit to how much I can earn?

Yes. Each user can earn up to $1,000 for referrals. Once you've reached this limit, additional referrals cannot be processed for rewards.

## Why can't I withdraw my referral credits?

Referral credits aren't cash, they're designed for trading on the platform. Only the profits you make from using referral credits become withdrawable cash. The original referral amount itself usually isn't withdrawable.

**How can I check my requirements?**

Open the Rewards section in the app to review your specific terms, including trading requirements and expiration dates. Check your Activity to see how referral credits were applied. If you've met all requirements and still can't withdraw, reach out to support@kalshi.com and we can help!