# EXHIBIT 5

# Deposit Funds

# Debit Card Deposits

## How to deposit

1. Select "Add funds"
2. Select the "Debit Card" option
3. Enter the amount you want to deposit
4. Select the card you will deposit from
   a. If this is your first time depositing via debit, or you want to add a new card, select "Add a card". Here, you will be asked to input the card information, please double-check that all manually entered information matches what is on your debit card.
5. Review transfer and add funds.

## Important information

- Debit deposits incur a 2% processing fee
  - i.e. If you deposit $100, $98 will be applied to your cash balance
- Only US debit cards are accepted at this time
- Debit card's cardholder name must match the name on Kalshi account
- Credit cards, prepaid cards, and charge cards are not accepted
- Ensure you are on a strong Internet connection and that any active VPN is disabled

**Still having trouble?** If your debit card is not supported, transfers may result in failure. Please try using a different card or contact your bank!

2

> ℹ️ **Payments and bank statement labeling**
>
> Some debit card deposits may appear as **"recurring"** on your bank statement, even though the charge was a one-time deposit. This is expected behavior. The **"recurring"** designation is used to securely save your card for future deposits, so you do not need to re-enter your information each time. It does **not** mean you are enrolled in a subscription or recurring billing plan. **Kalshi does not offer subscriptions or recurring charges.** All deposits are initiated manually by the user.

❓ Referral FAQs   >

3

# Bank Deposits

## How to deposit

1. Select "Add funds"
2. Select the "Bank transfer" option
3. Select the connected bank account you want to deposit from
    a. If this is your first time connecting a bank account you will be directed to connect your account through Aeropay - a secure service that facilitates the connection between your bank and Kalshi.
4. Enter the amount you want to deposit
5. Review transfer and add funds.

## Important information

- Only bank accounts in your name can be linked to your Kalshi account
- Ensure there are enough funds in your bank account to cover the amount that you are wanting to deposit
- It can take 1-3 business days before the funds are withdrawn from your bank account
- VoIP phone numbers are not accepted through Aeropay

> ℹ️ Bank transfers are processed through our partner Aeropay. For more details about ACH transfers with Aeropay, see [here ↗](#).

❓ Referral FAQs  ›

4

# Crypto Deposits

## How do I deposit with crypto?

- Select "Add funds"
- Select the "Crypto" option
- You will then be taken to our crypto transfer service provider Zero Hash where you will follow their step-by-step process
  - Select one of the supported assets (see below) you want to transfer
  - Select the network you will transfer on
  - Confirm you are sending the correct asset on your desired network
  - Go to your wallet to initiate the deposit either through the provided QR code or by copying the deposit address

## Important information

- To ensure your deposit is successful please ensure you are only sending an asset that is supported
- Crypto deposits have a limit of $500,000
- Transfers can take up to 30 minutes to be applied to your cash balance in Kalshi

> ⓘ Our crypto transfers are handled by our crypto transfer service provider Zero Hash, they help in converting these transfers to and from fiat. More information regarding crypto transfers with Zero Hash can be found here ↗.

? Referral FAQs ›

# Wire Deposits

If you want to send a wire, **instructions can be found under the transfers section of the app/website and then selecting 'Wire Transfer'.** Additional information for initiating a wire transfer can be found below.

**How to Send a Wire**

1. Your bank account name **MUST MATCH** your name on Kalshi:
    a. Log in to Kalshi → Menu = → Account & Security → FULL NAME
    b. Wires must come from an account matching your Kalshi account name. If your Kalshi account is in your name, send the wire from your personal account, not a third party's.
    c. If your Kalshi account is under your entity's name, send the wire from an account owned by and named after your

**DOMESTIC WIRE TRANSFER**

Instruct the paying financial institution or the payor to route all domestic wire transfers via FEDWIRE to the following ABA number:

| To | Routing and Transit | For Credit of {Account Name} | Address | Credit Account |
|---|---|---|---|---|
| SVB, a division of First Citizens Bank, 2625 Augustine Drive, Suite 301, Santa Clara, CA 95054 | 121140399 | KALSHI KLEAR LLC | 416 W 13th Street, Room 207, New York, NY 10014 | 3304242626 |

**INTERNATIONAL WIRE TRANSFER**

6

Instruct the paying financial institution to advise their U.S. correspondent to pay as follows:

| To | Routing and Transit | SWIFT Code | For Credit of {Account Name} | Address | Final Credit Account |
|---|---|---|---|---|---|
| First Citizens Bank and Trust Co., 239 Fayetteville St, RALEIGH, NC 27601 United States | 121140399 | SVBKUS6S | KALSHI KLEAR LLC | 416 W 13th Street, Room 207, New York, NY 10014 | 3304242626 |

**Message to recipient / Memo (REQUIRED)**

Log in to Kalshi → Menu ≡ → Transfers → Wire transfer → MESSAGE TO RECIPIENT / MEMO → Your CODE has 9 digits and starts with "kal"

>  Can't find "Message to recipient / Memo"? Depending on your bank, it may be labeled as: Note, Description, Special Instructions, or Further Credit

## Inquiring about the status of your funds?

Wires must be received (not sent) by Kalshi Klear LLC before 4pm ET to ensure attribution within 1 business day.
Wires will be processed in the order they arrive. Wires that do not adhere to all the guidelines below will be delayed or returned.

- Wires less than $1,000 will NOT be accepted and will be returned to the sender

7

- Wires that do not include your unique Kalshi memo code will be delayed or returned
- Wires from a bank account not containing a name that matches your Kalshi account will be delayed or returned
- All ACH transfers to this wire-only account will be returned.

If you **still** have questions about your wire, please email wires@kalshi.com with the following information:

- Full name and email on your Kalshi account
- Your unique Kalshi memo code
- Screenshot or PDF of the wire confirmation
- Name of the bank funds were sent from
- **The fed reference number, FED#**



? Referral FAQs  >

8