UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER JENNINGS, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>KALSHI INC., KALSHIEX LLC, KALSHI KLEAR INC., KALSHI KLEAR LLC, KALSHI TRADING LLC, SUSQUEHANNA INTERNATIONAL GROUP, LLP, AND SUSQUEHANNA GOVERNMENT PRODUCTS, LLP,<br><br>*Defendants*. | Case No. 2:26-cv-00071<br><br>Honorable R. Austin Huffaker, Jr.<br>Honorable Stephen M. Doyle |

**JOINT MOTION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

Pursuant to 28 U.S.C. § 1404(a), Plaintiff Christopher Jennings ("Plaintiff") and Defendants Kalshi Inc., KalshiEX LLC, Kalshi Klear LLC, Kalshi Klear Inc., Kalshi Trading LLC, Susquehanna International Group, LLP, and Susquehanna Government Products, LLLP ("Defendants," and collectively with Plaintiff, the "Parties"), by and through their undersigned counsel, jointly move to transfer this case to the Southern District of New York and extend Defendants' deadline to respond to Plaintiff's complaint and state as follows:

WHEREAS, Plaintiff filed this action challenging KalshiEX LLC's sports event contracts as unlawful gambling;

WHEREAS, Plaintiff filed the Complaint on January 29, 2026 (ECF No. 1);

WHEREAS, three actions challenging KalshiEX LLC's sports event contracts are pending and consolidated in the United States District Court for the Southern District of New

1

York before the Honorable Jennifer L. Rochon: *In re Kalshi Sports Prediction Market Litigation*, No. 25-cv-08585 (S.D.N.Y.);

WHEREAS, the Parties have conferred and agree, subject to the Court's approval and the conditions stipulated herein, that for the convenience of the Parties and witnesses, this case should be transferred to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 1404(a);

WHEREAS, Defendants' current deadline to answer or otherwise respond to the Complaint is February 27, 2026;

WHEREAS, the Parties have agreed to a 30-day extension of time to answer or otherwise respond to the Complaint;

WHEREAS, the Parties agree that as a condition of this Joint Motion, Plaintiff Jenning's deposition shall take place in the Middle District of Alabama, or by remote means to be agreed upon by the Parties; and

WHEREAS, counsel of record have conferred and have given their permission to file this document on their behalf.

NOW, THEREFORE, the Parties jointly move, for the following relief:

1. Transferring this case to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 1404(a); and

2. Extending Defendants' deadline to respond to the Complaint 30 days to March 30, 2026.

Dated this 26th day of February 2026

| | |
|---|---|
| By:  *J. Mitchell Williams*  <br>J. Mitchell Williams [ABS 8560X19D]<br>**(with permission)**<br>W. Daniel "Dee" Miles [ASB-7656-M75W]<br>Dylan T. Martin [ASB-2336B15S]<br>Trenton H. Mann [ASB-5716Z690]<br>BEASLEY, ALLEN, CROW,<br>METHVIN, PORTIS & MILES, P.C.<br>272 Commerce Street<br>Montgomery, Alabama 36104<br>T: (334) 269-2343 F: (334) 954-7555<br>dee.miles@beasleyallen.com<br>mitch.williams@beasleyallen.com<br>dylan.martin@beasleyallen.com<br>Trent.mann@beasleyallen.com | By:  *J. Mark White*  <br>J. Mark White [ASB-5029-H66J]<br>Augusta S. Dowd [ASB-5274-D58A]<br>WHITE ARNOLD & DOWD P.C.<br>2001 Park Place North, Suite 1400<br>Birmingham, Alabama 35203<br>Telephone: (205) 323-1888<br>MWhite@whitearnolddowd.com<br>ADowd@whitearnolddowd.com<br><br>*Counsel for Defendants Kalshi Inc., KalshiEX LLC, Kalshi Klear LLC, Kalshi Klear Inc., Kalshi Trading LLC, Susquehanna International Group, LLP, and Susquehanna Government Products, LLLP* |

Joel D. Smith*
Yeremey O. Krivoshey*
SMITH KRIVOSHEY, PC
166 Geary Str STE 1500-1507
San Francisco, CA 94108
T: 415-839-7077 /F:(888)410-0415
joel@skclassactions.com
yeremey@skclassactions.com

Jonathan D. Wynn, III [ASB-3044M52I]
THE CLEVELAND FIRM, LLC
707 McQueen Smith Road S.
Prattville, Alabama 36066
(334)365-6266 / (334)365-6818 Fax
Jonathan@clevelandgroup.legal

*Counsel for Plaintiff*

**pro hac vice*